UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 17-57586

EARLIE L NELSON, JR.,                   Chapter 13

           Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER DETERMINING THAT THE DEBTOR WILL NOT BE ELIGIBLE
FOR A DISCHARGE IN THIS CHAPTER 13 CASE**

On December 27, 2017, the Debtor filed a voluntary petition for relief under Chapter 13, commencing this case. On January 9, 2018, the Debtor filed a Chapter 13 Plan in which the Debtor checked the box at Paragraph II.D. on page 2, which states that "if the box to the immediate left is 'checked', the debtor acknowledges that debtor **is not** eligible for a discharge pursuant to 11 U.S.C. § 1328." (Docket # 10 (emphasis in original).)

The Court finds that under 11 U.S.C. § 1328(f), the Debtor is not eligible for a discharge in this Chapter 13 case, because the Debtor received a discharge in a Chapter 7 case filed within 4 years before the date of the order for relief in this case.[1] Because of this, and because of the Debtor's filed Chapter 13 Plan acknowledging that she is not eligible for a discharge,

IT IS ORDERED that the Court determines that the Debtor will not be eligible for a discharge in this Chapter 13 case.

**Signed on January 12, 2018**

                                                 /s/ Thomas J. Tucker
                                                 **Thomas J. Tucker**
                                                 **United States Bankruptcy Judge**

---

[1] The Debtor received a Chapter 7 discharge in Case No. 14-55586 on January 13, 2015. The voluntary Chapter 7 petition in that case was filed on October 3, 2014. The voluntary petition in the present case was filed within 4 years of that date, on December 27, 2017. (The date of the order for relief in the present case also was December 27, 2017. *See* 11 U.S.C. § 301(b).)